UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL MESIAS MAZA MAZA
    Plaintiff(s),

v.

PATRICIA HYDE, MICHAEL KROL, TODD LYONS, and KRISTI NOEM
    Defendant(s).

Civil Action No. 25-13013-JEK

# JUDGMENT

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated October 23, 2025, [ECF 8], granting the Petition for Writ of Habeas Corpus

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Manuel Mesias Maza Maza.

Dated: October 27, 2025

/s/ Haley Currie

Deputy Clerk